## ARGUED AND DETERMINED

### IN THE

## SUPREME COURT OF THE STATE OF GEORGIA,

### AT TALBOTTON,

### JANUARY TERM, 1849.

No. 13.—LEWIS A. GONEKE, *et al.* plaintiffs in error, *vs.* RILEY GARRETT, defendant.

This cause having been called in its order, and no assignment of errors having been filed—

*It was Ordered*, That the writ of error be dismissed.